Samuel C. Williams [SBN: 310420]
Samuel C. Williams, Attorney at Law
1263 California Street
Redding, CA 96001
(530) 255-8171
FAX: (530) 255-8027
samuel.crispan.williams@gmail.com

Attorney for George Clay,
Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE CLAY, | No.: 2:18-cv-01785 |
| Plaintiff, | JOINT STIPULATION TO MODIFY PRE-TRIAL SCHEDULING ORDER AND ORDER |
| vs. | |
| COUNTY OF TEHAMA, ET AL., | |
| Defendants. | |

This Stipulation is entered into by and between Plaintiff GEORGE CLAY and Defendants, COUNTY OF TEHAMA, and LESTER B. SQUIER ("Defendants") ("The Parties"). The Parties enter into the stipulation and proposed order in compliance with the Federal Rule of Civil Procedure 16(b) and the requirements of the scheduling order. The Parties have conferred and agree to modify the Pre-Trial Scheduling Order and [Proposed] Order, and request that the scheduling order be adjusted accordingly. The Parties agree and propose the following scheduling amendments: The time to disclose experts will be extended to August 28, 2019. The supplemental disclosure deadline will be extended to September 27, 2019.

The Parties have good cause to request an extension. Plaintiff's attorney recently lost his step-father, who raised him since the age of two years old. Additionally, Plaintiff has spoken to a retained expert, William Ditmars, but the expert's report has not been completed.

**IT IS SO STIPULATED.**

Date: August 28, 2019                PORTER | SCOTT

                                     A PROFESSIONAL CORPORATION

                                     By _____
                                         Stephen E. Horan
                                         David R. Norton
                                         Attorneys for Defendants
                                         COUNTY OF TEHAMA and
                                         LESTER B. SQUIER

Date: August 28, 2019                LAW OFFICE OF SAMUEL C. WILLIAMS

                                     By:  */s/ Samuel C. Williams*
                                         _____
                                         Samuel C. Williams
                                         Attorney for Plaintiffs

<b>ORDER</b>

    Based upon the Stipulation of the parties, and for good cause, the current Scheduling Order is modified as follows: (1) the time to disclose experts is extended to **August 28, 2019**; and (2) the supplemental disclosure deadline is extended to **September 27, 2019**.

    IT IS SO ORDERED.

Dated:  August 28, 2019

                                     _____
                                     MORRISON C. ENGLAND, JR
                                     UNITED STATES DISTRICT JUDGE

JOINT STIPULATION TO MODIFY PRE-TRIAL SCHEDULING ORDER AND ORDER